SAGOLD CORPORATION, Respondent, v. BELDEN MANOR HOMES, INC., et al., Appellants, et al., Defendants.—

Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.